# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.   EDCV 20-893-DSF-KKx                                      Date:   July 10, 2020

Title: Maria Estrada v. Chugach Education Services, Inc., et al.

## DOCKET ENTRY

PRESENT:   HON. KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

    Deb Taylor                                              None
    Deputy Clerk                                     Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFF(S):        ATTORNEYS PRESENT FOR DEFENDANT(S):
    None                                                 None

## PROCEEDINGS: (IN CHAMBERS)

GOOD CAUSE APPEARING, the Court hereby approves the Parties'
Stipulated Protective Order.  Dkt. 14.  IT IS SO ORDERED.

MINUTES FORM 11
CIVIL-GEN