**RISE LAW FIRM, PC**
ELIOT J. RUSHOVICH (SBN 252343)
LISA M. WATANABE-PEAGLER (SBN 258182)
ELISSA A. CROCE (SBN 329959)
8383 Wilshire Boulevard, Suite 315
Beverly Hills, CA 90211
Telephone:   (310) 728-6588
Facsimile:   (310) 728-6560
eliot@riselawfirm.com
lisa@riselawfirm.com
elissa@riselawfirm.com

Attorneys for Plaintiff
MARIA ESTRADA

**BULLIVANT HOUSER BAILEY PC**
RONALD L. RICHMAN (SBN 139189)
SARAH BOWEN (SBN 308633)
101 Montgomery Street, Suite 2600
San Francisco, CA 94104-4146
Telephone: (415) 352-2700
Facsimile: (415) 352-2701
ron.richman@bullivant.com
sarah.bowen@bullivant.com

Attorneys for Defendant
CHUGACH EDUCATION SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARIA ESTRADA, an individual;<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>CHUGACH EDUCATION SERVICES, INC., an Alaska corporation; and DOES 1 through 50, inclusive,<br><br>　　　Defendants. | Case No. 5:20-cv-00893-JWH-KK<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>[[Proposed] Order Filed and Served Concurrently Herewith]<br><br>Case Removed: April 29, 2020<br>Trial Date: May 4, 2021 |
|---|---|

1  Plaintiff Maria Estrada and Defendant Chugach Education Services, Inc., by and through their counsel of record (collectively, the "Parties"), request and stipulate as follows with respect to the following facts.

WHEREAS, the Parties have entered into a settlement agreement with respect to this lawsuit;

WHEREAS, the terms of the settlement have been met; and

WHEREAS, further proceedings in this matter are unnecessary in light of the settlement.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties to this action through their counsel of record that this entire action be dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1).  The Parties shall respectively bear their own attorneys' fees and costs.  The Parties have filed a [Proposed] Order dismissing the case concurrently herewith and request that the Court enter the Order.

IT IS SO STIPULATED.

Dated:  December 28, 2020              RISE LAW FIRM, PC

                                       By: /s/ Lisa M. Watanabe-Peagler
                                           ELIOT J. RUSHOVICH
                                           LISA M. WATANABE-PEAGLER
                                           ELISSA A. CROCE

                                       Attorneys for Plaintiff MARIA ESTRADA


Dated:  December 28, 2020              BULLIVANT HOUSER BAILEY PC

                                       By: /s/ Ronald L. Richman
                                           RONALD L. RICHMAN
                                           SARAH BOWEN

                                       Attorneys for Defendant CHUGACH EDUCATION SERVICES, INC.

STIPULATION TO DISMISS CASE WITH PREJUDICE