JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ESTRADA, an individual;<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>CHUGACH EDUCATION SERVICES, INC., an Alaska corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 5:20-cv-00893-FLA-KK<br><br>[Assigned to the Hon. Fernando L. Aenlle-Rocha]<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE [21]**<br><br>[Stipulation Filed and Served Concurrently Herewith]<br><br>Case Removed: April 29, 2020<br>Trial Date: May 4, 2021 |

# ORDER

The Court, having considered the Stipulation to Dismiss Case with Prejudice, and good cause appearing, hereby ORDERS THAT:

1. This case as to all defendants and all causes of action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1);
2. Each party is to bear her/its own attorney's fees and costs; and
3. All future hearings are vacated and taken off calendar.

**IT IS SO ORDERED.**

Date: January 22, 2021

Hon. Fernando L. Aenlle-Rocha
United States District Judge

- 1 -